**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JAIME CASTILLO BALTAZAR,
Petitioner,

v.

WARDEN, IMPERIAL REGIONAL DETENTION FACILITY, et al,
Respondents.

Case No.: 26-cv-3950-BJC-AHG

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On July 9, 2026, Petitioner Jaime Castillo Baltazar, proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On July 13, 2026, the Court appointed the San Diego Office of Federal Defenders to represent Petitioner and set a briefing schedule. ECF No. 2. On August 10, 2026, Petitioner, through counsel, filed an Amended Petition, asserting his continued detention without a bond hearing exceeds statutory authority and violates the due process clause of the United States Constitution. ECF No. 10 at 3. Petitioner requests that this Court assume jurisdiction over the matter, grant the Petition and order Respondents to schedule a bond hearing before an immigration judge. *Id.*

Respondents filed a Return to the Petition on August 17, 2026, in which they state that they "do not oppose an order from this Court directing a bond hearing be held pursuant

to 8 U.S.C. § 1226(a)" in light of the recent Ninth Circuit holding in *Rodriguez Vazquez v. Bostock*, No. 25-6842, --- F.4th ---, 2026 WL 2196424 (9th Cir. July 30, 2026). ECF No. 11 at 2.

Accordingly, the Court **GRANTS** the Petition for a Writ of Habeas Corpus. Respondents shall provide Petitioner with an individualized bond hearing **no later than September 1, 2026**.

(a) At that hearing, the government shall bear the burden of establishing by clear and convincing evidence that Petitioner poses a danger or flight risk, while further specifying that concerns about interrupting court schedules is not a ground to deny bond.

(b) The IJ shall consider alternative conditions of release and Petitioner's ability to pay bond if he or she determines bond is appropriate.

(c) Respondents shall make a complete record of the bond hearing available to Petitioner and his counsel.

(d) Prohibit ICE from invoking the automatic stay provisions under 8 C.F.R. § 1003.19(i)(2) to defeat the IJ's bond determination.

**IT IS SO ORDERED**.

Dated: August 18, 2026

Honorable Benjamin J. Cheeks
United States District Judge